IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PERKINS,

      Petitioner,                      No. CIV S-07-0316 LKK DAD P

   vs.

D.K. SISTO, et al.,

      Respondents.                 <u>ORDER</u>

_____/

      Petitioner, a prisoner incarcerated at California State Prison - Solano, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was sentenced by the San Francisco County Superior Court in 1989 for second degree murder. In his petition, he challenges the denial of parole at his 2005 parole consideration hearing. This action was transferred to this court, the district of confinement at the time the petition was filed, from the U.S. District Court for the Northern District of California. Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
perk0316.100f

2